**BMC SOFTWARE, INC., Plaintiff–Appellee,**

v.

**R. Brent JOHNSON and Interface Design Group, Inc., Defendants– Appellants.**

**No. 02–1433.**

United States Court of Appeals, Federal Circuit.

Dec. 30, 2002.

**ORDER**

The parties having so agreed, it is

---

1. Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders.  FRAP 12(a); 32(a).

2. Authorized for use only on items not requiring the Official Caption as listed in note 1.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).